506

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* LAWRENCE GOODWIN, Petitioner-Appellant.

(No. 57876;

First District (2nd Division)—July 24, 1973.

PER CURIAM.
STAMOS, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FENTON L. ROBINSON, Defendant-Appellant.

(No. 55761;

First District (5th Division)—July 27, 1973.

*Rehearing denied August 13, 1973.*